## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Columbia Gas Transmission, LLC,

        Plaintiff,

v.

Steven A. Wharton, et al.,

        Defendants.

Case No. 2:17-cv-1048

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

Columbia Gas Transmission, LLC ("Plaintiff") moves to enforce the settlement between Plaintiff and Mina L. Dioun and Stonehenge Land Company (collectively, Defendants"). ECF No. 103. In Defendants' response, they represent that the parties have resolved the underlying dispute and, as a result, Plaintiff's motion is moot. Resp. 1, ECF No. 110. Defendants also represent that the parties anticipate finalizing their settlement documents by late October. *Id.*

The parties are **ORDERED** to file a notice outlining the status of their settlement **within thirty days**, unless they have filed a stipulated dismissal by that time. In the notice, the parties shall jointly inform the Court whether it still needs to rule on Plaintiff's motion to enforce settlement.

        **IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT